UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| In re: | § | |
| iHeartMedia, Inc. | § | Civil Action No. 4:20-cv-1606 |
|   Debtor | § | |
| | § | Bankruptcy Case No. 18-31274 |
| iHeartMedia, Inc. | § | |
|   Appellant | § | |

## Notice of Filing of an Interlocutory Appeal under Rule 8004

1. A notice of appeal to the district court from an interlocutory order or decree was filed before the bankruptcy court on May 6, 2020

2. This appeal has been assigned to United States District Judge Vanessa D. Gilmore.

3. The appeal has been docketed as 4:20-cv-1606.

4. If a Motion for Leave to Appeal has been filed in the case before the bankruptcy court, that motion is transmitted to the district court with the notice of appeal. If no motion for leave to appeal has been filed, the district court may order the appellant to file a motion for leave, or treat the notice of appeal as a motion for leave and either grant or deny it. *See* Fed. R. Bank. P. 8004(d).

5. If the district court grants the motion for leave to appeal, the appellant must file a designation of the record within 14 days after the entry of that order. *See* Fed. R. Bankr. P. 8009. Within 14 days after being served with the appellant's designation, appellees may file additional designations.

6. Designations of the record must be filed with the bankruptcy court. Do not file copies of designated items that are already on file with the bankruptcy court. Parties must electronically file copies of admitted trial exhibits they designate for inclusion in the record.

7. Other motions affecting this appeal, or the order or decree from which this appeal is taken must be filed in accordance with Fed. R. Bankr. P. 8006, 8007, 8008 and 8009(e).

Date: May 7, 2020

                                                        David J. Bradley, Clerk of Court
                                                        <u>S. Arnow</u>
                                                        Deputy Clerk